**Order entered May 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00442-CV

### IN THE INTEREST OF M.B.S. AND C.A.S., CHILDREN

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-56512-2013**

## ORDER

We **DIRECT** the Clerk of this Court to issue the mandate with the opinion and judgment.


/s/      ADA BROWN
          JUSTICE